UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

AUDREY ANN SPICA                          CHAPTER 13
2218 WOLFBORO DRIVE SE                     CASE NO.: GG 17-04750
GRAND RAPIDS, MI                           FILED: 10/12/2017
                                           HON: John T. Gregg

DEBTOR(S)

### ORDER CONFIRMING PLAN AND APPROVING ATTORNEY'S FEES

A summary of Debtor's plan, notice of First Meeting of Creditors and Confirmation Hearing having been duly served on all parties in interest and a hearing on confirmation of the plan having been held, the Court hereby finds that the plan complies with the requirements for confirmation pursuant to 11 U.S.C. Sec. 1325(a) and complies with the other applicable provisions of the Bankruptcy Code.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Debtor's Chapter 13 Plan as last amended, if at all, is Confirmed subject to the following condition that Debtor's Chapter 13 Plan, as last amended, is modified to state that the liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $14,391.56.

2. The Trustee shall be paid through the plan the percentage fee for payment of his costs, expenses, and compensation as may be provided from time to time by the U.S. Trustee.

3. Creditors whose claims are timely filed and allowed shall be paid in such amounts in order of preference as may be provided by the Plan or as may be required to provide adequate protection to any secured creditor.

4. Jeffrey D. Mapes PLC, the attorney for the Debtor(s), shall be allowed compensation in the total amount of $3,650.00 of which $1,000.00 was paid prior to filing, leaving a balance of $2,650.00 to be paid by the Trustee.

**END OF ORDER**

Approved by:

_____
Jeffrey D. Mapes (70509)
Counsel for Debtor

John T. Gregg
United States Bankruptcy Judge

**Signed: December 11, 2017**